# In the United States Court of Federal Claims

No. 14-1062

Filed: May 3, 2017

*****************************************
                                        *
                                        *
ANDREW RUSSELL and RUTH                 *
GALLEGO, et al.,                        *
                                        *
        Plaintiffs,                     *
                                        *
        v.                              *
                                        *
THE UNITED STATES,                      *
                                        *
        Defendant.                      *
                                        *
                                        *
*****************************************

## SCHEDULING ORDER

The Final Approval Hearing will be held on May 10, 2017, at 2:00 PM at the United States Court of Federal Claims, Howard T. Markey National Courts Building, 717 Madison Place NW, Washington, D.C. 20439.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**